_Mary A. Schott_
Mary A. Schott
Clerk of Court



Entered on Docket
July 28, 2020
_____

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−15−11282−btb<br>CHAPTER 13 |
| KELYNN L. MILLER | |
| RORY J. MILLER | ORDER GRANTING<br>APPLICATION TO |
| Debtor(s) | DEPOSIT UNCLAIMED FUNDS |

On 7/27/20 (#111), the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###